| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Angell, M. Faith | 2. Court or Organization<br><br>United States District Court, Pennsylvania | 3. Date of Report<br><br>05/07/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>The Robert N.C. Nix, Sr. Federal Building<br>Suite 211, 900 Market Street<br>Philadelphia, PA 19107 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Bryn Mawr School of Social Work and Social Research |
| 2. | Executive Board Member | Temple Law Alumni Association |
| 3. | Board Member to 10/1/2010 | Lombard Swim Club (§ 501 non-profit) |
| 4. | Master | Temple American Inn of Court |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/14/2011 | Judicial Retirees and Survivors Adm. Annuity - Salary | $153,906.62 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Morris and Adelman, P.C. - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/07/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Apple Computer Inc | | None | J | T | | | | | |
| 2.  Berkshire Hth. | | None | | | Sold | 05/05/11 | J | | SSIC |
| 3.  Coca Cola Co Com | A | Dividend | J | T | | | | | |
| 4.  CVS Corporation | A | Dividend | J | T | | | | | |
| 5.  Google | | None | J | T | | | | | |
| 6.  Kimberly-Clark Corp. Com | A | Dividend | J | T | | | | | |
| 7.  Lombard Swim Club | | None | J | T | | | | | |
| 8.  PNC Bank | A | Interest | J | T | | | | | |
| 9.  PNC Bank | A | Interest | J | T | | | | | |
| 10.  Proctor Gmbl | A | Dividend | J | T | | | | | |
| 11.  Roche Holding LTD Sponsored (ADR) | A | Dividend | J | T | | | | | |
| 12.  Teva Pharmaceutical Inds Ltd. (ADR) | A | Dividend | J | T | | | | | |
| 13.  Teva | A | Dividend | J | T | | | | | |
| 14.  General Electric | A | Dividend | J | T | | | | | |
| 15.  General Mills | A | Dividend | J | T | | | | | |
| 16.  Cerner Corp | | None | J | T | | | | | |
| 17.  Netflix | | None | | | Sold | 03/31/11 | J | | SSIC |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Ford Motor Co. | A | Dividend | J | T | | | | | |
| 19.  Mercadolibre Inc. | A | Dividend | J | T | | | | | |
| 20.  Salesforce.com Inc. | A | Dividend | J | T | | | | | |
| 21.  Tesla Motors Inc. | A | Dividend | J | T | | | | | |
| 22.  Kraft Foods Inc. | A | Dividend | J | T | | | | | |
| 23.  ▓▓▓▓▓▓▓ IRA | | None | L | T | | | | | |
| 24.  Citi Group | | None | J | T | Buy | 03/28/11 | J | | SSIC |
| 25.  Silver Wheaton Corp. | | None | J | T | Buy | 07/18/11 | J | | SSIC |
| 26.  CSX Corp | | None | | | Buy | 03/28/11 | J | | SSIC |
| 27.  CSX Corp | | None | | | Sold | 03/31/11 | J | | SSIC |
| 28.  HealthSpring Inc. | | None | J | T | Buy | 07/18/11 | J | | SSIC |
| 29.  Target Corp | | None | J | T | Buy | 11/21/11 | J | | SSIC |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Google, Apple Computer, Roche Holding, Proctor Gmbl, Tesla Motors, Ford Motor, General Mills, Mercadolibre, General Electric, Coca Cola, Kraft Foods, CVS, Kimberly-Clark, Teva, Salesforce.com, Cerner Corp., Citigroup, Silver Wheaton Corp, HealthSpring Inc. and Target Corp. are held by the SSIC Investment Club. The total value is $ 52,559.44. My percentage is .1233%.

Line 2 - Berkshire Hth was sold on 5/5/2011
Line 17 – Netflix was sold on 3/31/2011

Line 26 and 27 – CSX Corp. was bought on 3/28/2011 and then sold on 3/31/2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ M. Faith Angell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544